# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: WELSH, CRAIG S | § Case No. 08-09315 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 12/10/2010 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  11/16/2010          By:  /s/BRADLEY J. WALLER
                                            Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: WELSH, CRAIG S | § Case No. 08-09315 |
| | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,006.54 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 5,006.54 |
| **Balance on hand:** | $ 5,006.54 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 5,006.54 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 1,250.65 | 0.00 | 1,250.65 |
| Trustee, Expenses - BRADLEY J. WALLER | 85.00 | 0.00 | 85.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,335.65 |
| Remaining balance: | $ 3,670.89 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,670.89

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,670.89

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 79,813.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/DFS Services LLC | 2,419.00 | 0.00 | 111.26 |
| 2 | PYOD LLC its successors - Citibank | 9,539.75 | 0.00 | 438.77 |
| 3 -2 | CHASE BANK USA, NA | 24,062.91 | 0.00 | 1,106.74 |
| 5 | American Express Travel Related Svcs Co | 258.62 | 0.00 | 11.89 |
| 6 | American Express Bank FSB | 19,785.94 | 0.00 | 910.02 |
| 7 | FIA CARD SERVICES, N.A./BANK OF AMERICA | 23,747.14 | 0.00 | 1,092.21 |

Total to be paid for timely general unsecured claims: $ 3,670.89
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1              User: sburton              Page 1 of 2              Date Rcvd: Feb 05, 2009
Case: 08-09315                    Form ID: ntcftfc7          Total Served: 29

The following entities were served by first class mail on Feb 07, 2009.
db           +Craig S Welsh,    20247 E. Lismore Circle,    Frankfort, IL 60423-9283
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
12502368      American Express Bank FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12146302     +Bank of America,    P.O. Box 37279,    Baltimore, MD 21297-3279
12446058     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12146306     +Citi Card,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
12146308      First Bankcard Ctr,    c/o Electronic Bill Payment Center,    P.O. Box,    Milwaukee, WI 53201
12146312     +NTB Credit Plan,    Processing Center,    Des Moines, IA 50364-0001
12146310     +Nissan Motor Acceptance,    P.O. Box 660360,    Dallas, TX 75266-0360
12146311     +Nissan Motor Credit,    P.O. Box 9001133,    Louisville, KY 40290-1133
12421993      PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
12184030     +Paytrust/Metavante Corporation,    C/O State Collection Service Inc,    2509 South Stoughton Road,
               Madison, WI 53716-3314
12146315     +SARMA,    1801 Broadway,    San Antonio, TX 78215-1227
12146316     +Sullivan Urgent Aid Center,    c/o Dependon Collection Service,    120 W. 22nd Street, Suite 360,
               Oak Brook, IL 60523-4070
12146317     +Wells Fargo,    P.O. Box 5296,    Carol Stream, IL 60197-5296
12146318     +Wells Fargo,    P.O. Box 54780,    Los Angeles, CA 90054-0780
12488957     +Wells Fargo Bank,    1 Home Campus,    MAC X2303-04G,    Des Moines IA 50328-0001
The following entities were served by electronic transmission on Feb 05, 2009.
12146301     +EDI: AMEREXPR.COM Feb 05 2009 18:48:00      American Express,    c/o United Recovery Systems,
               P.O. Box 722929,    Houston, TX 77272-2929
12146300     +EDI: AMEREXPR.COM Feb 05 2009 18:48:00      American Express,    Suite 0001,
               Los Angeles, CA 90096-0001
12502367      EDI: BECKLEE.COM Feb 05 2009 18:48:00      American Express Travel Related Svcs Co,
               Inc Corp Card,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12146302     +EDI: BANKAMER2.COM Feb 05 2009 18:48:00      Bank of America,    P.O. Box 37279,
               Baltimore, MD 21297-3279
12146303     +EDI: HFC.COM Feb 05 2009 18:48:00      Best Buy/Retail Services,    P.O. Box 17298,
               Baltimore, MD 21297-1298
12146304     +EDI: CAPITALONE.COM Feb 05 2009 18:48:00      Capital One,    P.O. Box 30281,
               Salt Lake City, UT 84130-0281
12146305     +EDI: CHASE.COM Feb 05 2009 18:48:00      Chase,    Bank One Card Services,    800 Brooksedge Blvd,
               Westerville, OH 43081-2822
12146307      EDI: DISCOVER.COM Feb 05 2009 18:48:00      Discover Financial Services LLC,    P.O. Box 15316,
               Wilmington, DE 19850
12412461      EDI: DISCOVER.COM Feb 05 2009 18:48:00      Discover Bank/DFS Services LLC,    PO Box 3025,
               New Albany OH 43054-3025
12659631     +E-mail/Text: EBN_AIS@AMERICANINFOSOURCE.COM
               FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
12146309     +EDI: HFC.COM Feb 05 2009 18:48:00      HSBC Bestbuy,    P.O. Box 15521,    Wilmington, DE 19850-5521
12146314     +E-mail/Text: SBONNEMA@ROGENT.COM                            Rogers & Holland,    8019 Innovation Way,
               Chicago, IL 60682-0080
12488957     +EDI: WFFC.COM Feb 05 2009 18:48:00      Wells Fargo Bank,    1 Home Campus,    MAC X2303-04G,
               Des Moines IA 50328-0001
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12146313      Paytrust,    c/o MetAvante
12184031*    +Rogers & Holland,    8019 Innovation Way,    Chicago, IL 60682-0080
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1            User: sburton              Page 2 of 2              Date Rcvd: Feb 05, 2009
Case: 08-09315                  Form ID: ntcftfc7          Total Served: 29
```

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 07, 2009            Signature: *Joseph Speetjens*